UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GUERDISON PRINTUS,
A# 241 860 959,

      Petitioner,

      v.

CRAIG LOWE,

      Respondent.

CIVIL ACTION NO. 3:26-cv-00952

(SAPORITO, J.)

## ORDER

AND NOW, this **23rd** day of June, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **GRANTED**;

2. The government shall either provide Printus with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release Printus on his own recognizance, pursuant to 8 U.S.C. § 1226(a);

3. At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing or harming the community;

- 2 -

4.    The respondent shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing

5.    The petitioner's pro se motion for a bond hearing (Doc. 10) is **DENIED as moot**; and

6.    The clerk is directed to mark this case as **CLOSED**.

JOSEPH F. SAPORITO, JR.
United States District Judge